IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM HOLLAND, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC, *et al.* *Defendant* | : : : | No. 21-152 |

## ORDER

AND NOW, this 6th day of December, 2021, upon consideration of Defendant Trans Union LLC's Motion for Judgment on the Pleadings (Doc. No. 24), Plaintiff Adam Holland's Response in Opposition (Doc. No. 33), Trans Union LLC's Reply (Doc. No. 34), the Court's Order Granting Defendant Equifax Information Services LLC's Motion to Join in Trans Union's Motion for Judgment on the Pleadings (Doc. No. 56), USAA's Motion for Judgment on the Pleadings (Doc. No. 52), Plaintiff Adam Holland's Response in Opposition (Doc. No. 68), USAA's Reply (Doc. No. 74), and Plaintiff Adam Holland's Motions for Leave to Amend (Docs. No. 33 & 68), it is **ORDERED**:

1. Trans Union LLC's Motion for Judgment on the Pleadings, in which Equifax Information Services LLC joins, (Doc. No. 24) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

2. USAA's Motion for Judgment on the Pleadings (Doc. No. 52) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

3. The Motions for Leave to Amend (Docs. No. 33 & 68) are **DENIED WITHOUT PREJUDICE** for the reasons set forth in the Court's accompanying Memorandum.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As the Court explained in its accompanying memorandum, "to request leave to amend a complaint, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007). The Court will grant Mr. Holland leave to seek leave to his complaint and admonishes him to follow this procedural requirement.