IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM HOLLAND, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC, *et al.* *Defendant* | : : : | No. 21-152 |

## ORDER

AND NOW, this 2nd day of February, 2022, upon consideration of Plaintiff Adam Holland's Motion for Leave to File an Amended Complaint (Doc. No. 82), Defendant USAA Federal Savings Bank's Response in Opposition (Doc. No. 83), and Defendant Trans Union, LLC's Response in Opposition (Doc. No. 84), it is **ORDERED** that Mr. Holland's Motion (Doc. No. 82) is **DENIED**.

It is **FURTHER ORDERED** that the stay imposed by Order of the Court (Doc. No. 71) is **LIFTED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1